✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hernandez-Flores, Juan Carlos | Docket No. | 0980 2:20CR00111-RMP-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Juan Carlos Hernandez-Flores, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 23rd day of November 2020, under the following conditions:

**Standard Condition of Release #1**: Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Juan Carlos Hernandez-Flores is alleged to have committed several offenses in violation of state or local law by being arrested for driving while under the influence (DUI), driving with suspended license, operation of a vehicle without an ignition interlock device, and escape in the third degree on March 31, 2021.

On November 24, 2020, defendant virtually met with an officer from the Yakima U.S. Probation Office and they reviewed the pretrial release conditions. The defendant acknowledged an understanding of the conditions, which included standard condition number 1.

According to the report written by a Douglas County Sheriff's Office (DCSO) sergeant the following occurred: On March 31, 2021, at 2:53 a.m. the defendant was pulled over by a DCSO sergeant for driving 86 miles per hour (MPH) in a 60 MPH zone. While DCSO sergeant was speaking with the defendant, he noticed that the defendant's movements were slow and lethargic; his eyes were bloodshot and sleepy in appearance, and his speech was slurred. Initially the defendant denied consuming alcohol but later told the DCSO sergeant he had one drink.

The defendant agreed to participate in a Standardized Field Sobriety Test (SFST). Due to the defendant's performance on the SFST's, he was arrested for suspicion of DUI. The defendant was transported to the Chelan County Regional Jail for a Breathalyzer test. Prior to giving a Breathalyzer test, the defendant asked to speak with an attorney. After speaking with an attorney, the defendant stated he would not provide a Breathalyzer test.

The DCSO sergeant applied for and was granted a search warrant for two vials of blood from the defendant. The defendant was transported to Central Washington Hospital and a phlebotomist obtained two vials of blood from the defendant. As the DCSO sergeant was sealing and packaging the evidence, the defendant walked out the door and ran from the hospital. A short time later, a Chelan County Deputy located the defendant and took him into custody. The defendant was transported and booked into the Okanagon County Jail for escape in the third degree, DUI, driving with a suspended licence, and operating a motor vehicle without an ignition interlock device. The defendant was also issued an infraction for speeding and for failing to have proof of liability insurance.

The defendant made an initial appearance on April 1, 2021, in Douglas County District Court and his next court date is scheduled for April 12, 2021. The defendant remains in custody and his bail is set at $20,000.

PS-8

Re: Hernandez-Flores, Juan Carlos
April 2, 2021
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 2, 2021

by   s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

April 2, 2021
Date